IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Edna G. Rodriguez | : | |
| | : | Case No.: 22-10153-MDC |
| Debtor(s) | : | |

**O R D E R**

AND NOW, this <u>7th</u> day of <u>February</u> 2022, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before **March 10, 2022**.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE