IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Edna G. Rodriguez | : | Chapter 13 |
| | : | Bankruptcy Case No.: 22-10153-MDC |
|     Debtor(s) | : | |

**O R D E R**

AND NOW, this  25th  day of  February  2022, upon consideration of the within Second Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before March 7, 2022.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE