# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Edna Rodriguez | : | Chapter 13 |
| | : | Case No.: 22-10153-MDC |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE UNDER LOCAL RULE 3015-2

I, Brad J. Sadek, Esq., hereby certify that on March 9, 2022 a true and correct copy of the Original Chapter 13 Plan was served by electronic delivery or Regular US Mail to all secured, priority, and unsecured creditors per the Creditor Matrix.

Date: March 9, 2022               /s/ Brad J. Sadek, Esquire
                                                                              Brad J. Sadek, Esquire
                                                                                 Attorney for Debtor(s)
                                                                                 Sadek & Cooper Law Offices
                                                                                 1315 Walnut Street – Suite 502
                                                                                 Philadelphia, PA 19107